| | | | |
|---|---|---|---|
| Esquirra v. Meheula | 15938 | 10/23/97 | Vacated and Remanded |
| Anderson v. Shon | 18081 | 10/24/97 | Vacated and Remanded |
| Takaki, In re Estate of | 17100 & 17989 | 10/27/97 | Reversed |
| State v. Akana | 17571 & 17572 | 10/28/97 | Affirmed |
| State v. Ahana | 17683 & 17686 | 10/29/97 | Affirmed |
| Kayatani v. Kayatani | 18007 | 10/31/97 | Vacated and Remanded |
| State v. Talaro | 17706 | 10/31/97 | Affirmed |